UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                    :

ARPAD BUCHHOLCZ, *on behalf of himself and all*
*others similarly situated*,                         :

                          Plaintiff,         :

                               :

         -v-                       :         25 Civ. 886 (JPC)

                               :

DYNAMIC TRANSPORTATION INC. d/b/a/
IMPERIAL MOVING AND STORAGE, *et al.*,    :         <u>ORDER</u>

                               :

                         Defendants.     :

                               :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Complaint in this action was filed on January 30, 2025.  Dkt. 1.  Defendants have not

appeared in this action, and the docket does not reflect whether Defendants have been served.  Nor

has Plaintiff requested an extension of time to serve Defendant.  Pursuant to Federal Rule of Civil

Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the

court—on motion or on its own after notice to the plaintiff—must dismiss the action without

prejudice against that defendant or order that service be made within a specified time."  Fed. R.

Civ. P. 4(m).

      Accordingly, Plaintiff is ordered to file a status letter by May 9, 2025, describing

(1) whether service of the summons and Complaint has been made on Defendants, and if not,

(2) why good cause exists to excuse Plaintiff's failure to serve Defendants within the 90-day

deadline set by Rule 4(m).  *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the

failure, the court must extend the time for service for an appropriate period.").  The Court reminds

Plaintiff that "[t]o establish good case a plaintiff must demonstrate that despite diligent attempts,

service could not be made due to exceptional circumstances beyond his or her control."  *Deptula v.*

*Rosen*, 558 F. Supp. 3d 73, 75 (S.D.N.Y. 2021) (internal quotation marks omitted).

Plaintiff must file this letter even if service of the Summons and Complaint is or has already been made on Defendants.  If Defendants have been served, Plaintiff must also file proof of service on the docket no later than May 9, 2025.  If no such letter is filed, the Court may dismiss the case for failure to prosecute.

SO ORDERED.

Dated: May 2, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge